UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER WILLIAMS, JR.,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT
OF CORRECTION, THE CITY OF NEW
YORK, and NYC HEALTH & HOSPITALS
CORPORATION,

                Defendants.
------------------------------------------------------------X

19 CIVIL 9528 (ER)

**JUDGMENT**



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2020, Defendants' Motion to Dismiss Williams's § 1983 claims is GRANTED. It declines to retain supplemental jurisdiction over the remaining state law claims and therefore those claims are REMANDED to state court. As a result, Williams's motion for summary judgment is DISMISSED as moot; accordingly, this case is closed.

**Dated:** New York, New York

       July 10, 2020

                                                                       **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                 **BY:**

                                                                         **Deputy Clerk**